WING v. TRUST CO.

No. 78 PC.

Case below: 35 N.C. App. 346.

Petitions by plaintiffs and defendant Alex B. Andrews III for discretionary review under G.S. 7A-31 denied 8 May 1978.